# Third District Court of Appeal

## State of Florida

Opinion filed June 11, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0800
Lower Tribunal No. F00-36825

————————————

**Timothy Neslon Butler,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Maria Gonzalez-Marquez, Judge.

Timothy Neslon Butler, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.